UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| IORDAN BOSSEV | NO.: 17-00003-BAJ-EWD |

### RULING AND ORDER

Considering the **Joint Motion for Pre-Trial Mental Health Examination to Determine Defendant's Sanity at the Time of Offense (Doc. 23)**, which moves for an examination of Defendant Iordan Bossev pursuant to 18 U.S.C. § 4241, 4242 following the **Notice of Defense of Insanity (Fed. R. Crim. P. 12.2) (Doc. 21)**:

**IT IS ORDERED** that the **Joint Motion for Pre-Trial Mental Health Examination to Determine Defendant's Sanity at the Time of Offense (Doc. 23)** is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Iordan Bossev is committed to the custody of the Attorney General for no more than **FORTY-FIVE DAYS** for psychiatric and psychological examination. Pursuant to 18 U.S.C. § 4247(b), Defendant's examination shall be conducted in a suitable facility closest to the Court, unless impracticable.

USM - Certified

**IT IS FURTHER ORDERED** that the examiner shall evaluate Defendant to determine whether Defendant was insane at the time of the alleged offense.

**IT IS FURTHER ORDERED** that upon completion of Defendant's study, Defendant shall be remanded to the custody of the U.S. Marshals.

**IT IS FURTHER ORDERED** that the examiner shall issue a Report whose contents conform to the provisions of 18 U.S.C. § 4247(c), and shall promptly file the Report **under seal** with the Court upon its completion, with copies provided to Defendant's counsel and to the United States. The Court will schedule a hearing upon receipt of the Report.

Baton Rouge, Louisiana, this 14th day of April, 2017.

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**